JS-6
Entered

FILED
CLERK, U.S. DISTRICT COURT

SEP 10 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL. POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 9-10-14

DEPUTY CLERK

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 1 0 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RUBEN ESPINOZA,

               Petitioner,

    vs.

GREG LEWIS, Warden,

               Respondent.

Case No.  CV 13-4250-JLS (RNB)


**J U D G M E N T**


Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  9.08.14

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE